Richard K. Gustafson, II, Bar # 193914
Email: rkg@legalhelpers.com
Attorney for Plaintiff Jack Creech
LEGAL HELPERS, P.C.
233 S. Wacker, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Fax: 312-822-1064

# UNITED STATES DISTRICT COURT
## CENRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Jack Creech | Case No. 8:10-cv-00142-JST-FFM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Regional Adjustment Bureau, Inc. | |
| Defendant. | |

Pursuant to L.R. 16-15.7, Plaintiff notifies the Court that the parties have reached a settlement of this matter and expect to file a Stipulation of Dismissal once the terms of the settlement are fully executed, which is to occur within 30 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: /s/ Richard K. Gustafson II
Richard K. Gustafson II
Attorney for Plaintiff

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2011, I electronically filed the foregoing Notice via the Court's CM/ECF system. I served Defendant with the foregoing Notice by placing a copy of the same in the United States mail on April 4, 2011, addressed as follows:

Regional Adjustment Bureau, Inc.
c/o Mark S. Armijo
BRAGG & KULUVA
3090 Bristol Street, Suite 640
Costa Mesa, CA 92626

/s/ Richard K. Gustafson II