JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK CREECH, | ) | SACV 11-142-JST(FFMx) |
| | ) | |
| Plaintiff, | ) | ORDER STAYING ACTION |
| | ) | PENDING FINAL SETTLEMENT |
| v. | ) | AND REMOVING CASE FROM |
| | ) | ACTIVE CASELOAD |
| REGIONAL ADJUSTMENT BUREAU INC., | ) | |
| | ) | |
| Defendant. | ) | |

On April 4, 2011, plaintiff filed a Notice of Settlement indicating that the parties have reached a settlement. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated. The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

Dated: April 5, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE