1 MARK S. ARMIJO, Bar No. 152802
BRAGG & KULUVA
2 3090 Bristol Street, Suite 640
Costa Mesa, CA 92626
3 (714) 913-4800
(714) 913-4816
4
5 Attorneys for Defendant
Regional Adjustment Bureau
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JACK CREECH<br><br>Plaintiff,<br><br>vs.<br><br>REGIONAL ADJUSTMENT BUREAU, INC.<br><br>Defendant. | CASE NO. SACV11-00142 JST (FFMX)<br><br>**NOTICE OF STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)9A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU** |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORDS HEREIN:

Pursuant to Federal Rules of Civil Procedure ("F.R.C.P.") Rule 41(a)(1)(A), the Plaintiff Jack Creech ("Plaintiff" or "Creech") herein voluntarily dismisses this action and all claims and all causes of action with prejudice against Defendant Regional Adjustment Bureau ("RAB").

Pursuant to F.R.C.P. Rule 41(a)(1)(A), a Stipulation for Voluntary Dismissal with Prejudice is entered into between Plaintiff and RAB as set forth and agreed upon below:

PLAINTIFF AND RAB STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiff hereby dismisses this action against RAB with prejudice; and

2. RAB hereby agrees to and accepts Plaintiff's dismissal of this action against RAB with

prejudice.

                                        SO STIPULATED.

DATED:

                                        LEGAL HELPERS, P.C.

By: _____
RICHARD K. GUSTAFSON II
Attorneys for Plaintiff
Jack Creech

DATED:

                                        BRAGG & KULUVA

By: _____
MARK S. ARMIJO
Attorneys for Defendant
Regional Adjustment Bureau

2

NOTICE OF STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)9A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU