MARK S. ARMIJO, Bar No. 152802
BRAGG & KULUVA
3090 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 913-4800
(714) 913-4816

Attorneys for Defendant
Regional Adjustment Bureau

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JACK CREECH<br><br>Plaintiff,<br><br>vs.<br><br>REGIONAL ADJUSTMENT BUREAU, INC.<br><br>Defendant. | CASE NO. SACV11-00142 JST (FFMX)<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)(A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU |

After review of the Plaintiff JACK CREECH'S ("Plaintiff" or "Creech") Notice of Dismissal, etc., et al., and the recitals and Stipulation between Plaintiff and Defendant **REGIONAL ADJUSTMENT BUREAU** (hereinafter referred to as "RAB") and for

**GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED:**

1. The Stipulation for Voluntary dismissal With Prejudice as entered into between Plaintiff and RAB is accepted by the Court;

//

//

//

//

1

**WHEREFORE,** this action is dismissed with prejudice against RAB.

**IT IS SO ORDERED.**

**DATED:** May 23, 2011

JOSEPHINE STATON TUCKER

UNITED STATES DISTRICT COURT JUDGE

---

2

[PROPOSED] ORDER RE: STIPULATION FOR PLAINTIFF'S F.R.C.P. RULE 41(a)(1)(A) VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT REGIONAL ADJUSTMENT BUREAU